NO.
12-07-00042-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

 

JUAN JOSE REYES-CASTRO,      §          APPEAL
FROM THE 145TH

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE   §          NACOGDOCHES
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER CURIAM

            Appellant
pleaded guilty to tampering with governmental records.  Pursuant to a plea bargain, the trial court
found Appellant guilty, assessed punishment at imprisonment for five years,
suspended the sentence, and placed Appellant on community supervision for three
years.  The court also fined Appellant
one thousand dollars.  We have received
the trial court’s certification showing that this is a plea bargain case and
Appellant has waived his right to appeal. 
See Tex. R. App. P. 25.2(d).  Accordingly, the appeal is dismissed
for want of jurisdiction.

Opinion delivered April 25,
2007.

Panel consisted of Worthen, C.J., Griffith, J., and
Hoyle, J.

 

 

 

 

 

 

(DO NOT PUBLISH)